UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLEN ROBINSON,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                       /

Case No. 17-12202

Honorable Nancy G. Edmunds

## ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S MAY 8, 2018 REPORT AND RECOMMENDATION [14], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [12], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [10] AND AFFIRMING THE COMMISSIONER'S DECISION

This matter came before the Court on the Magistrate Judge's May 8, 2018 report and recommendation. (Dkt. # 14). The Magistrate Judge recommended that the Court grant Defendant's motion for summary judgment and deny Plaintiff's motion for summary judgment. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140 (1985)). The Court nevertheless agrees with the Magistrate Judge's recommendation.

Being fully advised in the premises, having read the pleadings, and for the reasons set forth above, the Court ACCEPTS and ADOPTS the Magistrate Judge's report and recommendation (Dkt. # 14), GRANTS Defendant's motion for summary judgment (Dkt. #

12), DENIES Plaintiff's motion for summary judgment (Dkt. # 10), and AFFIRMS the decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g).

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: May 30, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 30, 2018, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager